# IN THE SUPREME COURT OF THE STATE OF NEVADA

JANICE MCCAULEY,
              Appellant,
    vs.
ANPAC, A/K/A AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANIES, A FOREIGN CORPORATION,
              Respondent.

No. 65893

**FILED**

DEC 0 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. James Todd Russell, District Judge
      Kilpatrick, Adler & Bullentini
      Lemons, Grundy & Eisenberg
      Carson City Clerk

14-39518